| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Riome Plumbing & Mechanical LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-3017073

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9 Edwards Ct.** <br> **Lawnside, NJ 08045** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Camden** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Riome Plumbing & Mechanical LLC** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | **Camden** | When | **6/14/22** | Case number | **22-14859** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor  **Riome Plumbing & Mechanical LLC**  Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　 Contact name _____
　　　　 Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　☐ $1,000,001 - $10 million　　　　　☐ $500,000,001 - $1 billion

Debtor  **Riome Plumbing & Mechanical LLC**_____  Case number (*if known*)_____
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Riome Plumbing & Mechanical LLC** _____  Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 4, 2025**
               MM / DD / YYYY

**X /s/ Tyrone Pitts**                                           **Tyrone Pitts**
Signature of authorized representative of debtor       Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ David A. Kasen**                                  Date  **February 4, 2025**
Signature of attorney for debtor                                         MM / DD / YYYY

**David A. Kasen 26288**
Printed name

**Kasen & Kasen, P.C.**
Firm name

**1874 E. Marltom Pike**
**Suite 3**
**Cherry Hill, NJ 08003**
Number, Street, City, State & ZIP Code

Contact phone  **856-424-4144**      Email address  **dkasen@kasenlaw.com**

**26288 NJ**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of New Jersey**

In re **Riome Plumbing & Mechanical LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **10,000.00** |
   | Prior to the filing of this statement I have received | $ **10,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify): **Tyrone Pitts (as a capital contribution to debtor)**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify): **Tyrone Pitts (as a capital contribution to debtor)**

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Kasen & Kasen, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in its retainer agreement with the Debtor, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 4, 2025**
*Date*

/s/ David A. Kasen
**David A. Kasen 26288**
*Signature of Attorney*
**Kasen & Kasen, P.C.
1874 E. Marlton Pike
Suite 3
Cherry Hill, NJ 08003
856-424-4144  Fax: 856-424-7565
dkasen@kasenlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re **Riome Plumbing & Mechanical LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 4, 2025**

**/s/ Tyrone Pitts**
**Tyrone Pitts**/**Managing Member**
Signer/Title

```
DSHC Enterprises
P.O. Box 524
Plainsboro, NJ 08536


Gelt Financial LLC
c/o Jack Miller
6401 Congress Ave, Suite 215
Boca Raton, FL 33487


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Investors 385, LLC
c/o Amar Agrawal, Esq.
Eisenberg Gold & Agrawal
1040 Kings Hwy, Suite 200
Cherry Hill, NJ 08034


Rebecca D. Boudwin, Esq.
Boudwin Ross Roy Leodori
10000 Midlantic Drive, Suite 100E
Mt. Laurel, NJ 08054


State of NJ, Dept. of Labor
P.O. Box 379
Trenton, NJ 08625


State of NJ, Div. of Taxation
P.O. Box 245
Trenton, NJ 08695


Tyrone Pitts
9 Edwards Ct
Lawnside, NJ 08045
```

# United States Bankruptcy Court
### District of New Jersey

In re **Riome Plumbing & Mechanical LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Riome Plumbing & Mechanical LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tyrone Pitts**
**9 Edwards Ct**
**Lawnside, NJ 08045**

☐ None [*Check if applicable*]

**February 4, 2025**
Date

**/s/ David A. Kasen**
**David A. Kasen 26288**
Signature of Attorney or Litigant
Counsel for **Riome Plumbing & Mechanical LLC**
**Kasen & Kasen, P.C.**
**1874 E. Marltom Pike**
**Suite 3**
**Cherry Hill, NJ 08003**
**856-424-4144 Fax:856-424-7565**
**dkasen@kasenlaw.com**

**United States Bankruptcy Court**
**District of New Jersey**

In re **Riome Plumbing & Mechanical LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tyrone Pitts**, declare under penalty of perjury that I am the **Managing Member** of **Riome Plumbing & Mechanical LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **4th** day of **February**, 20 **25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tyrone Pitts**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tyrone Pitts**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tyrone Pitts**, **Managing Member** of this Corporation is authorized and directed to employ **David A. Kasen 26288**, attorney and the law firm of **Kasen & Kasen, P.C.** to represent the corporation in such bankruptcy case."

Date **February 4, 2025**

Signed /s/ Tyrone Pitts
**Tyrone Pitts**

Resolution of Board of Directors
of
**Riome Plumbing & Mechanical LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tyrone Pitts, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tyrone Pitts, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tyrone Pitts, Managing Member** of this Corporation is authorized and directed to employ **David A. Kasen 26288,** attorney and the law firm of **Kasen & Kasen, P.C.** to represent the corporation in such bankruptcy case.

Date  **February  4, 2025**                                          Signed  **/s/ Tyrone Pitts**

Date  **February  4, 2025**                                          Signed  _____